# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL TAYLOR, | Case No. CV 20-00410 MWF (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| GALVIN NEWSOM, Governor, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: January 21, 2020

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE